Case #1:2022CV02781

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2023

JEFFREY P. COLWELL
CLERK

Joseph A. Martin, Plaintiff

v.

Broomfield County Jail and Turnkey Health,

Dr. Bryan Reichert,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
__✓__ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joseph A Martin. 11600 Ridge prky Brighton CO. 80021
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- [X] Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- [X] Other: *(Please explain)* Bromfield County Jail 'Sentenced'

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Broomfield County Jail
(Name, job title, and complete mailing address)
11600 Ridge prky Broomfield CO 80021

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [X] Yes ___ No *(check one)*. Briefly explain:
Dr. at Broomfield county Jail

Defendant 1 is being sued in his/her ___ individual and/or [X] official capacity.

2

Defendant 2: __Turnkey Health, Main Office__
(Name, job title, and complete mailing address)
__900 NW 12th St, Oklahoma City, OK__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: __Dr. Bryan Reichert 11600 Ridge Pkwy,__
(Name, job title, and complete mailing address)
__Broomfield CO, 80021__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her _X_ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

[X] 42 U.S.C. § 1983 (state, county, and municipal defendants)

[ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

[X] Other: (*please identify*) __Dr Bryan Reichert and Turnkey Health__

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Failed to give me addequate Medical

Supporting facts: Care. Attached Doc. 1)

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                    _____

Claims raised:                              _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:              _____

F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Seeking 100,000.00 Compinsatory also 100,000.00 Dollars punitive Damages

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

01/17/23
(Date)

(Form Revised December 2017)

6

23-0062

# Broomfield Police Department
## Detention Center

### Inmate Request Form

**Name:** Joseph Martin     **Inmate:** 0151418     **Date:** 1/12/23

**This is a**  ☒ **Request for** _____
                ☐ **Grievance regarding** _____

**Please State Your Request** (be specific): Need Certified Copy of Prisoner's Trust Fund Statement for the last six months and Signature

**Inmate's Signature:** [signature]     **Date:** 01/12/23

**Received by:** Hannington     **Date/Time:** 1/12/23  1600     **Initials/Emp. #:** _____
**Supervisor:** Jones         **Date/Time:** 1/12/23  1630     **Initials/Emp. #:** 8JH
**Forwarded to:** S+ Heard    **Date/Time:** 1/12/23  1705     **Initials/Emp. #:** _____
**Forwarded to:** _____     **Date/Time:** _____          **Initials/Emp. #:** _____

**Response/Comments:** Mr. Martin,

I have included a Resident Transaction report as well as a Resident Transaction Detail report. I'm not an accountant so I will not certify that all transactions are accurate as I did not personally enter them. Thank you,
Sgt. Heard

If you think there are errors you can dispute those fees.

**Staff Signature:** Sgt. Heard     **Date:** 1-13-23
**Inmate's Signature:** [signature]  **Date:**

Ofndrtrk/pol jail/forms/inmate request form - 111402
Rev. (04/09)

Joseph A. Martin #151418
Broomfield County Jail Inmate
Broomfield Detention Center
11600 Ridge Parkway
Broomfield, CO 80021

Legal Mail

Office of the Clerk
United States District Courts
ALFRED A. ARRAJ Courthouse
901 19th St. Room A105
Denver Co. 80294-3589

2 of 8